UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL FILE NO.: 3:99CV483-MU

FILED
CHARLOTTE, N. C.

JAN -9 2001

U. S. DISTRICT COURT
W. DIST. OF N. C.

STEVE McVAY )
)
Plaintiff, )
)
v. )
) STIPULATION OF
) DISMISSAL
RECEIVABLES MANAGEMENT )
GROUP, INC. )
)
Defendant. )

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff and defendants stipulate that all claims asserted in this action are dismissed with prejudice with each party to bear their own costs including attorneys' fees.

This the 5 day of January, 2001.

John W. Taylor
*Attorney for plaintiffs*
P.O. Box 28247
Charlotte, NC 28247
(704)540-3622

William A. Blancato
*Attorney for defendants*
McCALL DOUGHTON & BLANCATO, PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
(336) 725-7531